DAN SLACK, Appellant, v. THE STATE OF NEVADA, Respondent.

No. 7737

November 25, 1974        528 P.2d 703

*Morgan D. Harris,* Public Defender, and *Philip M. Pro,* Deputy Public Defender, Clark County, for Appellant.

*Robert List,* Attorney General; *Roy A. Woofter,* District Attorney, and *Daniel M. Seaton,* Deputy District Attorney, Clark County, for Respondent.

## OPINION

*Per Curiam:*

The appellant, convicted of robbery, asks that we set aside his conviction for want of evidence to support it. The evidence of his guilt is ample. The appellant shall receive credit on his prison term for detention in the county jail pending trial and sentencing. Anglin v. State, 90 Nev. 287, 525 P.2d 34 (1974).

Affirmed.